IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**WILHELMINA ANDERSON,**

    Plaintiff,

v.                                       Civil Action No. 1:05-0876

**FEDERAL BUREAU OF PRISONS,**

    Defendant.

## JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, 1) defendant's motion to dismiss and/or for summary judgment (Doc. No. 21) is **GRANTED** in part and **DENIED** in part as detailed more fully in the Memorandum Opinion and Order filed this day; and 2) defendant's motion to dismiss for lack of subject matter jurisdiction is **GRANTED** to the extent she alleges she contracted H. Pylori through the water supply at FPC Alderson.

    The Clerk is directed to send a copy of this Judgment Order to Magistrate Judge R. Clarke VanDervort, all counsel of record, and to the plaintiff, pro se.

    IT IS SO ORDERED this 25th day of September, 2007.

                ENTER:

                                       David A. Faber
                                     United States District Judge